ROBERT E. BURKE v. LEON MOYSE and Another.— Application granted.

Order signed. Present — Clarke, P. J., McLaughlin, Scott, Dowling and Smith, JJ.